IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JAMES MAYLE,

    Petitioner,

  vs.                                  Civil Action 2:07-CV-585
                                        Judge Smith
                                        Magistrate Judge King

JEFFREY WOLFE,

    Respondent.

## ORDER

On April 25, 2008, the United States Magistrate Judge issued a *Report and Recommendation* recommending that the action be dismissed as time barred by the one-year statute of limitations under 28 U.S.C. §2244(d). The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** This action is hereby **DISMISSED.**

The Clerk will enter **FINAL JUDGMENT** in this case.

                                                   s/George C. Smith
                                          George C. Smith, Judge
                                      United States District Court